HORNSBY, Chief Justice.
That portion of the judgment in favor of the City of Birmingham, based on a directed verdict, is affirmed on the authority of 42 U.S.C. § 1983; City of St. Louis v. Praprotnik, 485 U.S. 112, 108 S.Ct. 915, 99 L.Ed.2d 107 (1988); Pembaur v. City of Cincinnati, 475 U.S. 469, 106 S.Ct. 1292, 89 L.Ed.2d 452 (1986); Monell v. Depart *263 ment of Social Services of the City of New York, 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978); see Depew v. City of St. Marys, 787 F.2d 1496 (11th Cir.1986); Brooks v. City of Birmingham, 584 So.2d 451 (Ala.1991); Gore v. City of Hoover, 559 So.2d 163 (Ala.1990); Bahakel v. Tate, 503 So.2d 837 (Ala.1987); Boyette v. City of Mobile, 442 So.2d 61 (Ala.1983); Bahakel v. City of Birmingham, 427 So.2d 143 (Ala. 1983); and Neighbors v. City of Birmingham, 384 So.2d 113 (Ala.1980).
That portion of the judgment in favor of the defendants Arthur W. Ellis and Faye Lampkin Mitchell, based on a jury verdict, is affirmed on the authority of Alpine Bay Resorts, Inc. v. Wyatt, 539 So.2d 160 (Ala. 1988); G.M. Mosley Contractors, Inc. v. Phillips, 487 So.2d 876 (Ala.1986); and White v. Fridge, 461 So.2d 793 (Ala.1984). See also Campbell v. Burns, 512 So.2d 1341 (Ala.1987); Ashbee v. Brock, 510 So.2d 214 (Ala.1987); Hollis v. Wyrosdick, 508 So.2d 704 (Ala.1987); Jawad v. Gra-nade, 497 So.2d 471 (Ala.1986); Willingham v. State, 261 Ala. 454, 74 So.2d 241 (1954); Charles W. Gamble, McElroy’s Alabama Evidence § 121.07 (4th ed. 1991); and Rules 54(c) and 55, A.R.Civ.P.
AFFIRMED.
MADDOX, SHORES, HOUSTON and KENNEDY, JJ., concur.